UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS RUIZ,

        Plaintiff,

v.                                     Case No. 3:23-cv-1098-BJD-LLL

DEPARTMENT OF CORRECTIONS,

        Defendant.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system, is proceeding *pro se*. Plaintiff filed a document titled "Motion Seeking This Court Protection Against DOC Retaliation" (Doc. 1) dated September 11, 2023, in which he seemingly alleges that he is being held in close management in retaliation for filing grievances.

It is not clear what type of lawsuit Plaintiff intends to bring, if any. It appears that Plaintiff seeks to challenge the conditions of his confinement, but he has failed to properly initiate a civil action in this Court. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Plaintiff is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. *See* Local Rule 6.04(a)

("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to name the defendants he intends to sue, disclose his litigation history, describe his claims and facts, and state the relief he seeks. Here, Plaintiff has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Plaintiff a civil rights complaint form and an application to proceed *in forma pauperis* (prisoner filings) form. If Plaintiff chooses to refile his claims, he may complete and submit the appropriate forms.[1] Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In initiating such a case, Plaintiff should either file a fully completed application

---

[1] Plaintiff is a three-strikes litigant, who may not bring a civil rights action in federal court without prepayment of the filing fee, absent allegations showing he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g) ("three strikes" rule); *see also* Case No. 3:16-cv-17-TJC-MCR (Doc. 12) (identifying Plaintiff as a three-striker).

to proceed *in forma pauperis* (if he desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of September, 2023.

_____<br>
BRIAN J. DAVIS<br>
United States District Judge

caw 9/19
c:
Carlos Ruiz, #086219